1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   MICHELLE LO (NYBN 4325163)
    Assistant United States Attorney
4        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
5        Telephone: (415) 436-7180
         Facsimile: (415) 436-6748
6        Email:  Michelle.Lo@usdoj.gov

7   Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA ex rel.      )   CASE NO. C 15-4654 WHO
    CONCEPCION SAENZ-CAMBRA,              )
12                                        )
                  Plaintiff,              )   **JOINT STIPULATION OF DISMISSAL;**
13                                        )   **[PROPOSED] ORDER**
              v.                          )
14                                        )
    INTERNATIONAL TECHNOLOGICAL           )
15  UNIVERSITY, et al,,                   )
                                          )
16                Defendants.             )
                                          )
17

18         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the *qui tam* provisions of the False

19  Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and

20  conditions of the settlement agreement among the United States of America, Relator Concepcion Saenz-

21  Cambra ("Relator"), and International Technological University ("ITU"), effective January 8, 2021

22  ("Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned

23  counsel, to the dismissal of their claims in this action as follows:

24         1.     Consistent with the terms of the Settlement Agreement, the United States and Relator

25  dismiss with prejudice the claims in this action against Defendant International Technological

26  University ("ITU") predicated on the "Covered Conduct," as defined in and pursuant to the terms and

27  conditions of the Settlement Agreement.  Relator dismisses with prejudice Relator's employment claims

28  against ITU pursuant to 31 U.S.C. § 3730(h) or other applicable law and Relator's claims against ITU

JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 15-4654-WHO

for attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d).  All other claims against ITU are dismissed without prejudice.

2.　　Relator dismisses without prejudice the claims against all remaining defendants Tesla Motors, Inc., Beta Soft Systems, Inc., Gregory O'Brien, Karl Wang, Edward Lam, Angie Lo, Chi-Chia Hsieh, Yat-Pang Au, Bhaskar Kura, Arnold Wong, Ivan Chan, and Thomas Gold.  The United States consents to the dismissal of the claims in this case against these remaining defendants, provided that dismissal is without prejudice to the rights of the United States.

3.　　The United States and the Relator specifically do not release any claims not expressly released by the Settlement Agreement.

4.　　According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise relating to compliance with the Settlement Agreement.

IT IS SO STIPULATED.

Dated:  January 26, 2021　　　　　　　　　　　Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

By:　　　　/s/ *Michelle Lo*　　　
MICHELLE LO
Assistant United States Attorney

Attorneys for the United States of America

Dated:  January 26, 2021　　　　　　　　　　　/s/ *J. Bernard Alexander*　　
J. BERNARD ALEXANDER, III
Alexander Morrison + Fehr LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Attorneys for Relator

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

      PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

      **IT IS SO ORDERED.**

Dated: _____

HON. WILLIAM H. ORRICK
United States District Judge

[PROPOSED] ORDER
C 15-4654-WHO