1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | MICHELLE LO (NYBN 4325163)
Assistant United States Attorney
4 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
5 |     Telephone: (415) 436-7180
    Facsimile: (415) 436-6748
6 |     Email:  Michelle.Lo@usdoj.gov

7 | Attorneys for the United States of America

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA ex rel.   )   CASE NO. C 15-4654 WHO
CONCEPCION SAENZ-CAMBRA,      )

12 |                            )

                 Plaintiff,   )   **JOINT STIPULATION OF DISMISSAL;**

13 |                            )   **ORDER**

            v.              )

14 |                            )

INTERNATIONAL TECHNOLOGICAL   )

15 | UNIVERSITY, et al,,              )

                           )

16 |             Defendants.   )

17 |

18 |        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the *qui tam* provisions of the False

19 | Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and

20 | conditions of the settlement agreement among the United States of America, Relator Concepcion Saenz-

21 | Cambra ("Relator"), and International Technological University ("ITU"), effective January 8, 2021

22 | ("Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned

23 | counsel, to the dismissal of their claims in this action as follows:

24 |        1.      Consistent with the terms of the Settlement Agreement, the United States and Relator

25 | dismiss with prejudice the claims in this action against Defendant International Technological

26 | University ("ITU") predicated on the "Covered Conduct," as defined in and pursuant to the terms and

27 | conditions of the Settlement Agreement.  Relator dismisses with prejudice Relator's employment claims

28 | against ITU pursuant to 31 U.S.C. § 3730(h) or other applicable law and Relator's claims against ITU

1   for attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d).  All other claims against ITU are

2   dismissed without prejudice.

3        2.    Relator dismisses without prejudice the claims against all remaining defendants Tesla

4   Motors, Inc., Beta Soft Systems, Inc., Gregory O'Brien, Karl Wang, Edward Lam, Angie Lo, Chi-Chia

5   Hsieh, Yat-Pang Au, Bhaskar Kura, Arnold Wong, Ivan Chan, and Thomas Gold.  The United States

6   consents to the dismissal of the claims in this case against these remaining defendants, provided that

7   dismissal is without prejudice to the rights of the United States.

8        3.    The United States and the Relator specifically do not release any claims not expressly

9   released by the Settlement Agreement.

10       4.    According to the terms of the Settlement Agreement, this Court retains jurisdiction over

11   any disputes that may arise relating to compliance with the Settlement Agreement.

12       IT IS SO STIPULATED.

13   Dated:  January 26, 2021                    Respectfully submitted,

14                                               DAVID L. ANDERSON
                                                 United States Attorney
15
                                     By:    _____/s/ *Michelle Lo*_____
16                                           MICHELLE LO
                                             Assistant United States Attorney
17
                                             Attorneys for the United States of America
18

19   Dated:  January 26, 2021                    _____/s/ *J. Bernard Alexander*_____
                                                 J. BERNARD ALEXANDER, III
20                                               Alexander Morrison + Fehr LLP
                                                 1900 Avenue of the Stars, Suite 900
21                                               Los Angeles, California 90067

22                                               Attorneys for Relator

23                              **ECF ATTESTATION**

24       In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained

25   concurrence in the filing of this document from all other signatories listed here.

26

27

28

JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 15-4654-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: January 26, 2021

HON. WILLIAM H. ORRICK
United States District Judge

[PROPOSED] ORDER
C 15-4654-WHO